460 A.2d 850

Commonwealth v. Manning, Appellant.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

WICKERSHAM, J., filed a memorandum concurring opinion.